**Order entered October 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01143-CV

## IN RE JADA WATSON, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07717**

## ORDER
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Before the Court is relator's October 21, 2022 petition for writ of mandamus. We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **November 15, 2022**.

/s/ ROBBIE PARTIDA-KIPNESS
JUSTICE